FILED
OCT 02 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-MJ-00227 BAM |
| Plaintiff, ) | |
| ) | ORDER STAYING MAGISTRATE JUDGE'S |
| v. ) | ORDER RELEASING DEFENDANT ON HIS |
| ) | OWN RECOGNIZANCE PENDING HEARING |
| NANJOT MANNER, ) | ON THE GOVERNMENT'S MOTION FOR |
| ) | REVOCATION HEARING, AND ORDER |
| ) | SETTING BRIEFING SCHEDULE |
| Defendant. ) | |
| ) | |

Upon application of the United States Government for stay of the order of U.S. Magistrate Judge Dennis L. Beck setting conditions of release for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's release order of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

Dated: 10/2/12

Gary S. Austin
U.S. Magistrate Judge