

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>MANJOT NANNER,<br><br>    Defendant. | Case No.<br>1:12-CR-00340-AWI-DLB (002)<br><br>ORDER EXONERATING BOND |

    On September 28, 2012, a cash bond in the amount of $10,000.00 (Doc. 14) was posted by Sukhninder Singh, receipt no. CAE100020194 on behalf of the above defendant. The defendant has been Ordered Detained and the bond is hereby ordered exonerated and shall be refunded to Sukhninder Singh, at the address on file for Mr. Singh listed on the Statement of Ownership of Cash Bond.

    IT IS SO ORDERED.

DATED: 10/10/12

BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

9/26/96 exonbnd.frm

1