ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
MANJOT NANNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00340-AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING |
| MANJOT NANNER, | ) |
| Defendant. | ) Date: January 27, 2014<br>) Time: 1:00 p.m.<br>) Hon. Barbara McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 27, 2014, at 1:00 p.m. before Judge McAuliffe.

2. By this stipulation, defendant now moves for a Change of Plea hearing before Judge Ishii on January 27, 2014, at 10:00 a.m. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

      a. The government and the Defendant have come to an agreement and Defendant wishes to change his plea.

      b. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: January 15, 2014

                                                 */s/ Kevin P. Rooney*
                                                 Assistant United States Attorney

Dated: January 15, 2014

                                                 */s/ Anthony P. Capozzi*
                                               Anthony P. Capozzi
                                               Attorney for
                                               MANJOT NANNER

## **ORDER**

**IT IS ORDERED** that the Status Conference currently scheduled for January 27, 2014, at 1:00 p.m. in front of Judge McAuliffe is changed to a Change of Plea hearing in front of Judge Ishii on January 27, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  January 16, 2014                          _____
                                          SENIOR DISTRICT JUDGE