ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
MANJOT NANNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00340-AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO RETURN SEIZED PROPERTY |
| MANJOT NANNER, | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. Manjot Nanner was arrested on September, 21, 2012.

2. During the investigation, the Drug Enforcement Agency (DEA) confiscated personal items from Mr. Nanner.

3. Mr. Nanner has pleaded guilty and was sentenced on April 7, 2014, to 22 months. Mr. Nanner has completed his sentence and is now in the custody of Immigration and Customs Enforcement.

    4. By this stipulation, defendant now requests that the DEA release his personal property which includes, but is not limited to, a laptop computer, two (2) cellphones, a Canadian Passport, and miscellaneous documents.

IT IS SO STIPULATED.

Dated: May 13, 2014                 */s/ Kevin P. Rooney*
                                    Assistant United States
                                    Attorney

Dated: May 13, 2014                 */s/ Anthony P. Capozzi*
                                    Anthony P. Capozzi
                                    Attorney for
                                    MANJOT NANNER

### ORDER

**IT IS ORDERED** that the personal property confiscated from Defendant, Manjot Nanner, be returned.

IT IS SO ORDERED.

Dated:  May 14, 2014                _____
                                    SENIOR DISTRICT JUDGE